UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19CR _309_ (MPS) |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. § 554 (Smuggling of Goods |
| MAX NOLAN | : | from the United States) |
| | : | 18 U.S.C. § 2 (Aiding and Abetting) |
| | : | |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Aiding and Abetting the Smuggling of Goods from the United States)

On or about March 9, 2018, in the District of Connecticut and elsewhere, the defendant

MAX NOLAN did willfully and knowingly aid and abet the exportation and sending of juvenile

American eels, commonly known as "glass eels," from the United States, contrary to the Lacey

Act, Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1), a law of the United

States.

In violation of Title 18, United States Code, Sections 554 and 2.

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY